FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -1  P 3: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NANCY & GERALD MAYER            CASE NUMBER: 00-0026

VS.                             SECT R. MAG. 1

RODAN, INC., RODAN INC.
EMPLOYEES GROUP HEALTH PLAN
AND JAMES G. TANNEHILL

## FIRST MOTION FOR EXTENSION

ON THE MOTION OF MARC E. POWELL, Attorney for the defendants, RODAN, INC., RODAN INC. EMPLOYEES GROUP HEALTH PLAN AND JAMES G. TANNEHILL, and on suggesting to the Court that the delays for answering the plaintiff's petition in the above captioned matter expire on the 28TH day of January, 2000, and that defendant requires an delay of 20 days within which investigate the facts of the case, and his defenses in respect to filing an answer in this matter. There is no opposition to this motion filed in the record.

_____
MARC E. POWELL    # 18388
Attorney for Mover/Defendant
McCUNE & POWELL
3863 Gentilly Boulevard
New Orleans, Louisiana 70122
504-282-6969 / fax 282-2662

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on the opposing party herein by placing a copy thereof in the United States mail, postage prepaid, addressed to opposing counsel, on the 1st day of February, 2000.

_____
MARC E. POWELL

DATE OF ENTRY  FEB - 2 2000

___Fee
___Process
_X_Dktd
___CtRmDep
___Doc. No.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY & GERALD MAYER | CASE  NUMBER :  00-0026 |
| VS. | SECT R. MAG. 1 |
| RODAN, INC., RODAN INC. EMPLOYEES GROUP HEALTH PLAN AND JAMES G. TANNEHILL | |

## ORDER

IT IS ORDERED BY THE COURT that the defendant be allowed a delay of 20 ~~30~~ days ~~or until the _____ day of _____, 2000~~, within which to plead in this matter.

_/s/ Sarah Vance_
**JUDGE**