



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY AND GERALD MAYER | |
| VS. | CIVIL ACTION NO. 00-0026 |
| RODAN, INC., RODAN, INC. EMPLOYEES GROUP HEALTH PLAN and JAMES G. TANNEHILL | SECTION: "R" |
| | MAGISTRATE (1) |

### REQUEST TO CLERK FOR ENTRY OF DEFAULT

TO: Clerk of Court
United States District Court
500 Camp Street
New Orleans, LA 70130

Please enter the default of defendants, Rodan, Inc., Rodan, Inc. Employees Group Health Plan and James G. Tannehill for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure. This request is made pursuant to Fed. R. Civ. P. 55(a) and is supported by the affidavit of Nancy Picard which is attached as Exhibit A.

DATE OF ENTRY
MAR 2 0 2000



Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.


_____
Nancy Picard (Bar No. 19449)
Michael A. Piacsek (Bar No. 26569)
P.O. Box 6768
2540 Severn Avenue, Suite 400  (70002)
Metairie, Louisiana  70009-6768
(504) 885-9994


## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on Marc Powell, McCune & Powell, 3863 Gentilly Boulevard, New Orleans, Louisiana 70122, by depositing same in the United States Mail, postage prepaid, this 20th day of March, 2000.

_____
Nancy Picard

F:\WP51\ANNETTE\Mayer\pleading\Req for Entry of Default.wpd

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NANCY AND GERALD MAYER

VS.

RODAN, INC., RODAN, INC. EMPLOYEES GROUP HEALTH PLAN and JAMES G. TANNEHILL

CIVIL ACTION NO. 00-0026

SECTION: "R"

MAGISTRATE (1)

AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

STATE OF LOUISIANA

PARISH OF JEFFERSON

NANCY PICARD, being duly sworn, states:

1. This affidavit is made in support of Nancy and Gerald Mayers' request for the clerk to enter a default against defendants in this action.

2. I am the attorney for plaintiffs in this action and I have personal knowledge of the following facts.

3. On or about February 1, 2000, defendants sought and were granted delay of 20 days in which to answer plaintiffs' complaint.

4. Defendants Rodan, Inc., Rodan, Inc. Employees Group Health Plan and James G. Tannehill were served with a summons and complaint on January 13, 2000 as appears from the proof of service attached as Exhibit B.

5.  Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

6.  More than 40 days have passed since service of the summons and complaint.

*/s/ Nancy Picard*
Nancy Picard

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 20th DAY OF

MARCH, 2000.

*/s/ Robert H. U____*
NOTARY PUBLIC

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NANCY AND GERALD MAYER

VS.

RODAN, INC., RODAN, INC.
EMPLOYEES GROUP HEALTH PLAN and
JAMES G. TANNEHILL

CIVIL ACTION NO. 00-0026

SECTION: "R"

MAGISTRATE (1)

### ENTRY OF DEFAULT

Upon plaintiffs' application for entry of default against defendants, Rodan, Inc., Rodan, Inc. Employees Group Health Plan and James G. Tannehill for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and it appearing that more than 40 days have passed since defendants were served with a summons and complaint, and that defendants have not appeared to defend this action, it is

ORDERED that default is entered against defendants in favor of plaintiffs.

*DENIED, answers filed.*

Dated: March 20, 2000

LORETTA G. WHYTE, Clerk

Loretta G. Whyte, Clerk of Court
United States District Court for the Eastern District of Louisiana

By _____
Deputy Clerk

F:\WP51\ANNETTE\Mayer\pleading\Req for Entry of Default.wpd