

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 8, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY MAYER, ET AL. | CIVIL ACTION |
| versus | NUMBER 00-0026 |
| RODAN, INC., ET AL. | SECTION "R" (1) |

A settlement conference is scheduled in the above-captioned case on Wednesday, August 16, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before August 14, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

DATE OF ENTRY
JUN - 9 2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE