FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 14 P 12: 30

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**NANCY MAYER, ET AL.**      CIVIL ACTION

**VERSUS**      NO. 00-26

**RODAN, INC., ET AL.**      SECTION "R"

## ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

IT IS ORDERED that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 12th day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 4 2000