

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NANCY AND GERALD MAYER | * | CIVIL ACTION NO. 00-0026 |
| | * | |
| VS. | * | SECTION: "R" |
| | * | |
| RODAN, INC., RODAN, INC. EMPLOYEES GROUP HEALTH PLAN and JAMES G. TANNEHILL | * * * | MAGISTRATE (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

UNOPPOSED MOTION TO REOPEN ACTION

NOW INTO COURT, through undersigned counsel come plaintiffs, Nancy and Gerald Mayer, who move the Court to extend by 30 days the 60-day Order of Dismissal entered by this Court on June 14, 2000. That Order will otherwise expire on August 13, 2000. The reason for the

DATE OF ENTRY
AUG 11 2000

1

BB
13

extension is that the settlement has not been completed. Opposing counsel has been contacted about this motion and does not oppose it.

>Respectfully submitted,
>
>ROBEIN, URANN & LURYE
>
>_____
>NANCY PICARD (#19449)
>LOUIS L. ROBEIN, JR. (#11307)
>P. O. Box 6768
>2540 Severn Avenue, Suite 400
>Metairie, Louisiana 70009-6768
>(504) 885-9994

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon Marc Powell, McCune & Powell, 3863 Gentilly Boulevard, New Orleans, LA 70122, by facsimile transmission and by depositing same in the U.S. Mail, postage prepaid, this 9th day of August 2000.

>_____
>NANCY PICARD

F:\WP51\ANNETTE\Mayer\pleading\mtreopen.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NANCY AND GERALD MAYER | * | CIVIL ACTION NO. 00-0026 |
| | * | |
| VS. | * | SECTION: "R" |
| | * | |
| RODAN, INC., RODAN, INC. EMPLOYEES GROUP HEALTH PLAN and JAMES G. TANNEHILL | * * * | MAGISTRATE (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing;

~~The Unopposed Motion to Reopen Action is hereby GRANTED.~~ The 60-day Order of Dismissal entered by this Court on June 14, 2000, is hereby extended by 30 days, until September 12, 2000, in order to consummate the settlement of this action.

New Orleans, Louisiana, this 10th day of August, 2000.

_____
JUDGE

F:\WP51\ANNETTE\Mayer\pleading\mtreopen.wpd